**Important Information Regarding Your Account**

**Home Depot Credit Services**
P.O. Box 6405
Sioux Falls, SD 57117-6405

Account Number: ████████2320
www.homedepot.com/mycard

JACOB V ADONI
19 CHESTNUT HILL DR
OYSTER BAY, NY  11771-2508

March 19, 2021

Dear JACOB V ADONI,

**Why we're writing you**
Thank you for your recent inquiry regarding your enrollment in Balance Protector.  Our records indicate that this protection was purchased on 05/23/2008.

Pursuant to your recent request, your enrollment in the optional protection program called Balance Protector has been cancelled.

Because your account was protected by the program benefits through the end of the billing cycle in the month in which you cancelled, any previously billed fees are valid and non-refundable.

**If you have questions**
For questions regarding Balance Protector, please contact Balance Protector Service Center at 1-888-290-8484, Monday through Friday, 8:00 a.m. - 8:00 p.m., ET.

If you have questions regarding your credit card account, please contact us online at www.homedepot.com/mycard, or at the phone number below.

Thank you for being a valued The Home Depot Consumer Credit Card cardholder.

Sincerely,


Customer Service
Phone: 1-800-677-0232
TTY - For hearing and speech impaired only: 1-888-944-2227
Monday through Saturday, 6:00 a.m. - 1:00 a.m., ET; Sunday, 7:00 a.m. - 12:00 a.m., ET

**Thank You For Your Business**

CS/7156/919604000002/YYN/A/N/N

T002E2