# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOB ADONI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITICORP CREDIT SERVICES, INC. (USA),<br><br>Defendant. | CASE NO. 2:21-CV-02108-JMA-AYS<br><br>**MOTION TO WITHDRAW LAUREN BROWN AS ATTORNEY OF RECORD** |

WHEREFORE, attorney for Defendant Citicorp Credit Services, Inc. (USA) ("Citicorp"), in this action moves the Court, pursuant to Local Civil Rule 1.4, to withdraw Lauren N. Brown as counsel of record.

In support of this motion, Citicorp, through the undersigned counsel, states as follows: Lauren Brown entered her appearance for Citicorp on October 15, 2024. Prior to that, on August 17, 2023, Jacquelyn N. Schell entered her appearance on behalf of Citicorp. Citicorp will remain represented by Ms. Schell and Ballard Spahr LLP.

Accordingly, the undersigned respectfully requests that the Court grant this Motion to Withdraw Ms. Brown as counsel of record.

DATED: January 7, 2026

Respectfully submitted,

*/s/ Lauren N. Brown*
Lauren N. Brown
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
(646) 346-8048 (Telephone)
BrownLN@ballardspahr.com

*Attorneys for Defendant Citicorp Credit Services, Inc. (USA)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2026, I electronically submitted the attached document using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

By: */s/ Lauren Brown*